**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7607**

GREGORY A. RICHARDSON,

             Petitioner - Appellant,

        v.

VIRGINIA DEPARTMENT OF CORRECTIONS; VIRGINIA PAROLE BOARD;
WARDEN OF SUSSEX I STATE PRISON,

             Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:07-cv-00514-REP)

Submitted:  June 30, 2011            Decided:  July 5, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gregory A. Richardson, Appellant Pro Se.  Richard Carson Vorhis,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory A. Richardson seeks to appeal the district court's order dismissing without prejudice his motions for stay and for injunctive relief, filed in his 28 U.S.C.A. § 2255 (West Supp. 2010) action. The district court noted that it lacked jurisdiction to rule on Richardson's motions because he had previously filed a notice of appeal. The filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982). Accordingly, we dismiss the appeal on the reasoning of the district court. Richardson v. Va. Dep't of Corr., No. 3:07-cv-00514-REP (E.D. Va. Oct. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2